# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Northstar Engineering Corporation | ) ASBCA No. 60021 |
| | ) |
| Under Contract No. 000000-00-0-0000 | ) |

APPEARANCE FOR THE APPELLANT:      Mr. Lewis Metza
    Program Manager

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Edward R. Murray, Esq.
Robert E. Sebold, Esq.
DLA Aviation
Richmond, VA

## ORDER OF DISMISSAL

This appeal was docketed on 5 June 2015, following correspondence from Mr. Lewis Metza. By Order dated 8 June 2015, appellant was directed to address the Board's jurisdiction to adjudicate this matter by 8 July 2015 and to show that it is represented in the appeal by a person meeting the criteria of Board Rule 15(a) no later than 22 June 2015. By letter dated 23 June 2015, Mr. Metza stated that "the appeal by Northstar Engineering is withdrawn." The government has indicated it does not object to appellant's request to withdraw the appeal.

Although appellant partially responded to the Board's 8 June 2015 Order, appellant did not address the Board's Rule 15(a) inquiry. Without a representative meeting the requirements of Board Rule 15(a), the Board is unable to proceed. The appeal is dismissed.

Dated: 8 July 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)